# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: <br><br> PHONECANH PHIMPIELA <br><br> Debtor(s) | Chapter 13 Bankruptcy <br> No. 17-10549-CMA <br><br> ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN is allowed to withdraw as

Debtor(s) counsel, effective immediately.

///end of order///

Presented By:

/s/ Ellen Ann Brown

_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS**   **BROWN and SEELYE**
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196